IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | | |
|---|---|---|
| Elagene Trostle, | ) | Civil Action No. 9:05-1099 SBJ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CONSENT ORDER OF DISMISSAL |
| | ) | |
| Countrywide Home Loans, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before me upon motion by the Defendant, Countrywide Homes Loan, Inc., for an order dismissing this case pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16. The Plaintiff, Elagene Trostle, is consenting to the dismissal of this action based upon the mandatory arbitration provision contained in the Mutual Agreement to Arbitrate Claims signed by both parties. Therefore, it is

ORDERED that this case be dismissed, without prejudice, and that each party shall bear their own costs in connection with this action.

AND IT IS SO ORDERED.

The Honorable Sol Blatt, Jr.
U.S. District Judge

Charleston, South Carolina

June 15, 2005

**[Attorney Signatures on Next Page]**

WE SO MOVE:

Vaux & Marscher, P.A.

By: _____
David H. Smith, II, Esquire
1251 May River Road
P.O. Box 769
Bluffton, SC 29910
Phone: (843) 757-2888
Attorneys for Plaintiff

WE CONSENT:

NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.

By: _____
Cherie W. Blackburn
Federal Bar No. 1575
E-mail Address:
cherie.blackburn@nelsonmullins.om
Douglas L. Lineberry
Federal Bar No. 7271
E-Mail Address:
Douglas.lineberry@nelsonmullins.com
151 Meeting Street, Ste. 600
P.O. Box 1806
Charleston, SC 29402
Phone: 803-853-5200
Attorneys for Defendant

3